**Order entered December 30, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-20-01056-CV

### IN THE INTEREST OF C.C. AND F.C., CHILDREN

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 87760**

### ORDER

Before the Court is appellant's December 28, 2020 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **January 18, 2021**. We caution appellant that further extension requests in this accelerated appeal involving the termination of appellant's parental rights will be disfavored.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE